UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCIOUS JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>CSX INTERMODAL TERMINALS, INC.<br><br>Defendant. | Civil Action no.: 2:18-cv-05518-MMB |

### STIPULATION TO VOLUNTARILY DISMISS PURSUANT TO F.R.C.P. 41

It is hereby Stipulated and Agreed to by and among the undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the above captioned matter be DISMISSED WITHOUT PREJUDICE.

By: _____
Alexander C. Hyder, Esquire
*Attorney for Plaintiff*

By: _____
Jeffrey S. Pollack, Esquire
*Attorney for Defendant*

So ORDERED this 18th day of January, 2019.

_____
Michael M. Baylson, USDJ

1